1  STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
2  10350 Santa Monica Boulevard
Suite 350
3  Los Angeles, California 90025
(310)552-7525
4  (310)552-7552 (fax)
State Bar No. 94047

5

Attorney for plaintiff
6  BREAKDOWN SERVICES, LTD.

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8

9            UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12  BREAKDOWN SERVICES, LTD., a          )  Case No. CV08-00427ABC(JCx)
California corporation,              )
13                                       )  STIPULATED PERMANENT
              Plaintiff,               )  INJUNCTION.
14                                       )
       vs.                             )
15                                       )
NETWORK SHOWBIZ, LLC, a              )  CASE ASSIGNED TO:
16  California limited liability        )  HON. AUDREY B. COLLINS
company; JOSEPH GISSY, an           )
17  individual; and DOES 1             )
though 10, inclusive,               )
18                                       )
              Defendants.              )
19  _____)

20

21

22

23

24

25

26

27

28

-1-

1    Plaintiff Breakdown Services, Ltd. ("Breakdown Services")

2  and defendants Network Showbiz, LLC ("Network Showbiz") and

3  Joseph Gissy ("Gissy") stipulate and consent to entry of the

4  following permanent injunction:

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants

6  Network Showbiz and Gissy, and their agents, servants, employees

7  and representatives, and all persons acting in concert or

8  participating with them, are permanently enjoined and restrained

9  from engaging in, committing, or performing, directly or

10 indirectly, by any means whatsoever, any of the following acts:

11            a.   Disseminating, disclosing and/or transmitting

12            script summaries created by Breakdown Services and

13            commonly known in the entertainment industry as

14            "breakdowns," and/or the information contained therein

15            to unauthorized third persons;

16            b.   Pirating, obtaining, using, distributing,

17            transmitting, selling and/or giving to unauthorized

18            third persons, groups and/or entities breakdowns in

19            consideration either for cash remuneration or, in the

20            alternative, in exchange for some business or other

21            benefit or for no consideration at all; and

22            c.   Directly or indirectly infringing Breakdown

23            Services' copyrights in the breakdowns or continuing to

24            market, offer, sell, dispose of, license, lease,

25            transfer, display, advertise, reproduce, develop or

26            manufacture any works derived or copied from the

27            breakdowns or to participate or assist in any such

28            activity.

-2-

STIPULATED PERMANENT INJUNCTION

1    Each party shall bear his/its own attorney's fees and costs

2    incurred through the date of entry of the Stipulated Permanent

3    Injunction.  In any proceeding following entry of the Stipulated

4    Permanent Injunction to determine whether defendants Network

5    Showbiz and/or Gissy have violated any term of the Stipulated

6    Permanent Injunction, the prevailing party shall recover its

7    reasonable attorney's fees and costs incurred therein.

8        The Clerk is directed to enter this permanent injunction

9    forthwith.

10

11   DATED:   5/30/08

12

13   HON. AUDREY B. COLLINS
     United States District Court
     for the Central District of
14   California

15

     SO STIPULATED:
16
     DATED: April __, 2008        NETWORK SHOWBIZ, LLC
17

18                                By _____
19                                   JOSEPH GISSY,
                                     Managing Agent
20

21   DATED: April 19, 2008

22
                                  JOSEPH GISSY
23

24   DATED: April __, 2008        BREAKDOWN SERVICES, LTD.

25

26                                By _____
                                     GARY MARSH, President
27

28

                          -3-

         STIPULATED PERMANENT INJUNCTION