```
STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
10350 Santa Monica Boulevard
Suite 350
Los Angeles, California 90025
(310)552-7525
(310)552-7552 (fax)
State Bar No. 94047

Attorney for plaintiff
BREAKDOWN SERVICES, LTD.
```

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DA DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NETWORK SHOWBIZ, LLC, a California limited liability company; JOSEPH GISSY, an individual; and DOES 1 though 10, inclusive,<br><br>　　　　Defendants. | Case No. CV08-00427ABC(JCx)<br><br>STIPULATED PERMANENT INJUNCTION.<br><br><br>CASE ASSIGNED TO:<br>HON. AUDREY B. COLLINS |

Plaintiff Breakdown Services, Ltd. ("Breakdown Services") and defendants Network Showbiz, LLC ("Network Showbiz") and Joseph Gissy ("Gissy") stipulate and consent to entry of the following permanent injunction:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Network Showbiz and Gissy, and their agents, servants, employees and representatives, and all persons acting in concert or participating with them, are permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:

    a. Disseminating, disclosing and/or transmitting script summaries created by Breakdown Services and commonly known in the entertainment industry as "breakdowns," and/or the information contained therein to unauthorized third persons;

    b. Pirating, obtaining, using, distributing, transmitting, selling and/or giving to unauthorized third persons, groups and/or entities breakdowns in consideration either for cash remuneration or, in the alternative, in exchange for some business or other benefit or for no consideration at all; and

    c. Directly or indirectly infringing Breakdown Services' copyrights in the breakdowns or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the breakdowns or to participate or assist in any such activity.

1  Each party shall bear his/its own attorney's fees and costs
2  incurred through the date of entry of the Stipulated Permanent
3  Injunction. In any proceeding following entry of the Stipulated
4  Permanent Injunction to determine whether defendants Network
5  Showbiz and/or Gissy have violated any term of the Stipulated
6  Permanent Injunction, the prevailing party shall recover its
7  reasonable attorney's fees and costs incurred therein.
8      The Clerk is directed to enter this permanent injunction
9  forthwith.

DATED: 5/30/08

_(signature)_
HON. AUDREY B. COLLINS
United States District Court
for the Central District of
California

SO STIPULATED:

DATED: April __, 2008      NETWORK SHOWBIZ, LLC

By _(signature)_
JOSEPH GISSY,
Managing Agent

DATED: April 19, 2008

_(signature)_
JOSEPH GISSY

DATED: April __, 2008      BREAKDOWN SERVICES, LTD.

By _(signature)_
GARY MARSH, President

-3-

STIPULATED PERMANENT INJUNCTION